**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Alejandro Franco Tovar fka Alejandro Franco | CHAPTER 13 |
| Debtor(s) | BKY. NO. 21-10139 elf |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of The Bank of New York Mellon, f/k/a The Bankof New York, successor in interest to JPMorgan Chase Bank, N.A. as Trustee for Structured Asset Mortgage Investments II Inc., Bear Stearns ALT-A Trust, Mortgage Pass-Through Certificates, Series 2005-4 and index same on the master mailing list.

    Respectfully submitted,

/s/ **Rebecca Solarz**
Rebecca Solarz
05 Feb 2021, 14:39:27, EST

KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
(215) 627-1322

Document ID: 8aa6a155a3f8abcceddb5d9fcaaf50222d719a515df75f163807033f4bb1d273