IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  Alejandro Franco Tovar,  :  Chapter 13
                Debtor  :  Bankruptcy No.: 21-10139-elf
                           :

## ORDER

**AND NOW**, upon consideration of the Motion to Expedite ("the Motion"), and the request for an expedited hearing on the Debtor's Motion to Sell Real Estate Known As 396 East Anglesey Terrace, West Chester, PA, and sufficient cause being shown, it is hereby **ORDERED** that:

1. The request for an expedited hearing is **GRANTED**.

2. A hearing to consider the Motion shall be and hereby is scheduled on **February 11, 2021, at 4:00 p.m. and shall be held telephonically**.

3. Written objections or other responsive pleadings to the Motion (while not required) may be filed up to the time of the hearing and all objections will be considered at the hearing.

4. The Movant shall serve the Motion and this Order on the case Trustee (if any),  all secured creditors and all priority creditors by overnight mail,  facsimile  transmission  or  e-mail transmission **no later than  4:00  p.m.  on  February 9, 2021**.  **The Movant also shall provide each party served with the the telephone number and access code for the telephonic hearing.**

5. The Movant shall file a Certification of Service as required by Local Rule 9014-4.

Date:  2/9/21

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**