THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  Alejandro Franco Tovar,            :         Chapter 13
          Debtor                     :         Bankruptcy No.: 21-10139-elf
                                          :

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
**Hearing to be Held:**
**Date:** February 11, 2021
**Time:** 4:00pm
**Place:** United States Bankruptcy Court
Eastern District of Pennsylvania
Courtroom #1
Robert N.C. Nix, Sr. Federal Courthouse
900 Market Street
Philadelphia, PA 19107
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Pursuant to Standing Order M-20-3003, the above-scheduled hearing is telephonic due to COVID mitigation efforts.  Parties shall call (877) 336-1828 and use Access Code 1229352.

## NOTICE OF EXPEDITED MOTION AND HEARING DATE

    Alejandro Franco Tovar, Movant, by and through counsel of the Ross, Quinn & Ploppert, P.C., has filed a motion to sell real estate known as 396 East Anglesey Terrace, West Chester, Pennsylvania 19380, and to pay real estate broker commissions and customary closing costs within the current Chapter 13 bankruptcy.

    **YOUR RIGHTS MAY BE AFFECTED.  YOU SHOULD READ THESE PAPERS CAREFULLY AND DISCUSS THEM WITH YOUR ATTORNEY, IF YOU HAVE ONE IN THIS BANKRUPTCY CASE.  (IF YOU DO NOT HAVE AN ATTORNEY, YOU MAY WISH TO CONSULT AN ATTORNEY.)**

    1.    If you do not want the court to grant the relief sought in the motion or if you want the court to consider your views on the motion, then written objections or other responsive pleadings to the Motion (**while not required**) may be filed up to the time of the hearing and will be considered at the time of the hearing.  You or your attorney may do ALL of the following:

    (a).    file an answer explaining your position at

        United States Bankruptcy Court
        Eastern District of Pennsylvania
        Robert N.C. Nix, Sr. Federal Courthouse
        900 Market Street, Suite 400
        Philadelphia, PA 19107

    If you mail your answer to the bankruptcy clerk's office for filing, you should mail it early enough so that it will be received on or before the date stated above; and

    (b)    mail a copy to attorney for movant:

> Joseph Quinn, Esquire
> ROSS, QUINN & PLOPPERT, P.C.
> 192 S. Hanover Street, Suite 101
> Pottstown, PA  19464

    2.    A hearing on the motion is scheduled to be held before the Honorable Eric L. Frank, United States Bankruptcy Judge, on February 11, 2021 at 4:00pm* in:

> United States Bankruptcy Court
> Eastern District of PA - Philadelphia Division
> Courtroom #1
> Robert N.C. Nix, Sr. Federal Courthouse
> 900 Market Street
> Philadelphia, PA 19107

* Pursuant to Standing Order M-20-3003, the above-scheduled hearing is telephonic due to COVID mitigation efforts.  Parties shall call (877) 336-1828 and use Access Code 1229352.

    3.    If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you are on the Clerk's Service List and you request a copy from the attorney named in paragraph 1(b).

    4.    You may contact the bankruptcy clerk's office at 215-408-2800 to find out whether the hearing has been cancelled because no one filed an answer.

**ROSS, QUINN & PLOPPERT, P.C.**

By:    */s/ Joseph Quinn*_____
    Joseph Quinn, Esquire
    Attorney I.D. No. 307467
    192 S. Hanover Street, Suite 101
    Pottstown, PA 19464
    T: 610.323.5300
    F: 610.323.6081
    JQuinn@rqplaw.com
    Counsel for Debtor

Date:  February 9, 2021