THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:  Alejandro Franco Tovar, | : | Chapter 13 |
| Debtor | : | Bankruptcy No.: 21-10139-elf |
| | : | |

## CERTIFICATE OF SERVICE

I, Joseph Quinn, Esquire, attorney for Debtor hereby certify that a true and correct copy of the Motion to Sell Real Estate, Notice of Motion, Proposed Order filed on February 5, 2021 and Order on Motion to Expedite dated February 9, 2021, was forwarded on February 9, 2021, as follows:

*Via Electronic Filing (ECF) to the following parties:*

Rebecca Ann Solarz on behalf of The Bank of New York Mellon, f/k/a The Bankof New York, successor in interest to JPMorgan Chase Bank, N.A. as Trustee for Structured Asset Mortgage Investments II Inc., Bear Stearns ALT-A Trust, Mortg
RSolarz@kmllawgroup.com; bkgroup@kmllawgroup.com

Matthew Tillma, Authorized Agent for Bonial & Associates, P.C.
POCInquiries@BonialPC.com

Berkheimer, Real Estate Tax Department
eRealEstate@goberk.com

James Wood, Esq., on behalf of Portnoff Law Associates
jwood@portnoffonline.com

Lori Popolizio, Accounting Associate on behalf of West Whiteland Township
lpopolizio@westwhiteland.org

Katie Werner, Access Property Management, on behalf of Indian King Residents' Association
kwerner@accesspm.com

Shellpoint Mortgage Servicing, Bankruptcy Department
mtgbk@shellpointmtg.com

Charles Wohlrab, Esquire of Robertson, Anschutz, Schneid, Crane & Partners, PLLC
on behalf of Wilmington Savings Fund Society, FSB c/o Selene Finance (Servicer)
cwohlrab@raslg.com

William C. Miller, Esq,. Chapter 13 Trustee
ecfemails@ph13trustee.com, philaecf@gmail.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

*Via Fascimile to the following parties:*

Internal Revenue Service 877-477-9276

Keystone Collections Group 724-978-0339

Patricia A. Maisano on behalf of the Office of Treasurer of Chester County 610-344-6359

Wilmington Savings Fund Society, FSB c/o Selene Finance (Servicer) (866) 926-5496 at 4:41pm

*Via first class mail, postage pre-paid to the following parties:*

All creditors not otherwise noticed electronically above

                        **ROSS, QUINN & PLOPPERT, P.C.**

By:    */s/ Joseph Quinn*
           Joseph Quinn, Esquire
           Attorney I.D. No. 307467
           192 S. Hanover Street, Suite 101
           Pottstown, PA 19464
           T: 610.323.5300
           F: 610.323.6081
           JQuinn@rqplaw.com

Date: February 9, 2021    Counsel for Debtor