**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**PHILADLEPHIA DIVISION**

| | |
|---|---|
| In re: | Bankruptcy 21-10139-elf |
| **Alejandro Franco Tovar** Debtor. | Chapter 13 |
| | Related to Doc. No. 15 |
| v. | |
| **Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust** Respondents. | |

## WILMINGTON SAVINGS FUND SOCIETY'S LIMITED RESPONSE TO DEBTOR'S MOTION TO SELL

Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust ("Secured Creditor"), by and through its undersigned attorney, hereby files its Limited Response To Motion to Sell ("Motion") (DE# **15**) and in support thereof states as follows::

1. Secured Creditor holds a first lien on the subject property located at 396 Anglesey Ter., West Chester, Pennsylvania 19380. (the "Property").

2. This Court has exclusive jurisdiction over the property in question under 28 U.S.C. Section 1334.

3. On February 5, 2021, Alejandro Franco Tovar ("Debtor") filed the instant Motion to Sell Real Property for a total price of $237,000.00.

4. As of Feburary 10, 2021, the estimated payoff of Secured Creditor's lien is $146,286.68. This amount should not be relied upon to pay off the loan as interest and additional advances may come due prior to the date of the proposed sale. Secured Creditor will provide an updated payoff at or near the scheduled closing of the refinance.

5. Secured Creditor does not object to the Debtor's Motion to the extent that any sale is subject to Secured Creditor's lien and that Secured Creditor's lien will be paid in full at the closing of said refinance based upon an up to date payoff quote.

6. Secured Creditor is filing its Limited Response in an abundance of caution, as Secured Creditor wants it to be clear that it should not be compelled to participate in a sale of the

property absent payment in full of Secured Creditor's mortgage lien on the real property without being given the right to credit bid pursuant to 11 U.S.C. § 363(k).

7.     Furthermore, Secured Creditor requests that failure to complete any sale within nintey (90) days of entry of this Order will result in any Order authorizing the sale to be deemed moot.

**WHEREFORE,** Secured Creditor respectfully requests the Motion be conditionally granted, and any order granting the Motion shall include the terms identified herein; and for such other and further relief as the Court deems just and proper.

Dated: February 10, 2021

**Robertson, Anschutz, Schneid, Crane & Partners, PLLC**
Attorney for Secured Creditor
10700 Abbott's Bridge Rd., Suite 170
Duluth, GA  30097
Telephone: (470) 321-7112
By: /s/ Charles G. Wohlrab
Charles G. Wohlrab, Esquire
PA Bar Number  314532
Email: cwohlrab@rascrane.com

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**PHILADELPHIA DIVISION**

| | |
|---|---|
| In re: <br><br> **Alejandro Franco Tovar** <br> Debtor. <br>     v. <br> **Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust** <br> Respondents. | Bankruptcy 21-10139-elf <br><br> Chapter 13 <br><br> Related to Doc. No. 15 |

## CERTIFICATE OF SERVICE

I certify under penalty of perjury that I caused to be served the above captioned pleadings at the addresses specified below on **February 10, 2021**.

The types of service made on the parties were:

By First-Class Mail:

Alejandro Franco Tovar
405 E. Anglesey Terrace
West Chester, PA 19380

By ECF Notificatoin:

JOSEPH L QUINN
Ross, Quinn & Ploppert, P.C.
192 S. Hanover Street, Suite 101
Pottstown, PA 19464

WILLIAM C. MILLER, Esq.
Chapter 13 Trustee
P.O. Box 1229
Philadelphia, PA 19105

United States Trustee
Office of United States Trustee
200 Chestnut Street
Suite 502
Philadelphia, PA 19106

Dated: February 10, 2021

**Robertson, Anschutz, Schneid, Crane & Partners, PLLC**
Attorney for Secured Creditor
10700 Abbott's Bridge Rd., Suite 170
Duluth, GA  30097
Telephone: (470) 321-7112
By: /s/ Charles G. Wohlrab
Charles G. Wohlrab, Esquire
PA Bar Number  314532
Email: cwohlrab@rascrane.com