THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:  Alejandro Franco Tovar, | : | Chapter 13 |
| Debtor | : | Bankruptcy No.: 21-10139-elf |
| | : | |

**ORDER**

**AND NOW**, upon consideration of the Motion to Sell Real Property, and upon notice to all interested parties and any response thereto, and after a hearing before the Court and for good cause shown, it is hereby

**ORDERED,** that debtor is granted permission to sell his real property known as 396 East Anglesey Terrace, West Chester, PA 19380 (" Real Property") to Zhanling Wang ("Buyer") for $237,000.00.  The sale of the Real Property is conditional upon payment of $12,000.00 to William C. Miller, Chapter 13 Trustee at settlement by the title clerk and conditional upon payment of all liens upon the Real Property, including but not limited to mortgagee Wilmington Savings Fund Society, FSB.

The proceeds of the sale, including any funds held as a deposit made by or on behalf of the Buyers, shall be distributed in the following manner:

| | |
|---|---|
| | $237,000.00 |
| Wilmington Savings Fund Society, FSB * | $ 145,000.00 |
| * the lien shall be paid in full and will vary accordingly on actual settlement date. | |
| Estimated Closing Costs | $     195.00 |
| Pennsylvania Real Estate Transfer Tax of 1.0% | $  2,370.00 |
| Kevin Houghton (Agent of Debtor) and his brokerage | $  6,100.00 |
| Branka Saula (Agent of Buyer) | $  5,925.00 |
| County of Chester | $     428.65 |
| Indian King Residents' Association | $  2,338.16 |
| Keystone Collections Group | $       75.48 |
| West Whiteland Township (sewer and trash) | $     639.00 |

| | |
|---|---|
| Portnoff Law Associates | $ 1,020.00 |
| Estimated Payment to Chapter 13 Trustee | $ 12,000.00 |
| Estimated Payment to Debtor Alejandro Franco Tovar | $ 60,908.71 |
| Total: | $237,000.00 |

This Order permitting sale of the Real Property shall be effective and enforceable immediately upon entry and Debtor Alejandro Franco Tovar and Buyer are authorized to close the Sale immediately upon entry of this Sale Order. The stay required under Bankruptcy Rule 6004(h) is hereby waived.

The title clerk shall fax a settlement statement from the closing directly to William C. Miller, Chapter 13 Trustee upon the close of the settlement of the Real Property to (215) 627-6299, and the Trustee shall promptly notify the title company of any objection to the sums to be disbursed. The title clerk shall immediately transmit the actual disbursement check to the Trustee by overnight courier.

In the event the case is converted to Chapter 7, any funds remaining in the possession of the standing Chapter 13 trustee derived from the sale of the Real Property shall be transferred to the appointed Chapter 7 trustee.

BY THE COURT:

_____
Honorable Eric L. Frank
United States Bankruptcy Judge