United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                                       Case No. 21-10139-elf
Alejandro Franco Tovar                                                                     Chapter 13
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 2
Date Rcvd: Feb 12, 2021      Form ID: pdf900      Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 14, 2021:**

**Recip ID      Recipient Name and Address**
db      + Alejandro Franco Tovar, 405 E. Anglesey Terrace, West Chester, PA 19380-2129

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 14, 2021      Signature:      /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 12, 2021 at the address(es) listed below:**

**Name      Email Address**

CHARLES GRIFFIN WOHLRAB
     on behalf of Creditor Wilmington Savings Fund Society  FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust cwohlrab@raslg.com

JOSEPH L QUINN
     on behalf of Debtor Alejandro Franco Tovar CourtNotices@rqplaw.com

REBECCA ANN SOLARZ
     on behalf of Creditor The Bank of New York Mellon  f/k/a The Bankof New York, successor in interest to JPMorgan Chase Bank, N.A. as Trustee for Structured Asset Mortgage Investments II Inc., Bear Stearns ALT-A Trust, Mortg bkgroup@kmllawgroup.com

United States Trustee
     USTPRegion03.PH.ECF@usdoj.gov

WILLIAM C. MILLER, Esq.
     on behalf of Trustee WILLIAM C. MILLER  Esq. ecfemails@ph13trustee.com, philaecf@gmail.com

District/off: 0313-2 | User: admin | Page 2 of 2
Date Rcvd: Feb 12, 2021 | Form ID: pdf900 | Total Noticed: 1

WILLIAM C. MILLER, Esq.  ecfemails@ph13trustee.com  philaecf@gmail.com

TOTAL: 6

THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  Alejandro Franco Tovar,   :   Chapter 13
          Debtor   :   Bankruptcy No.: 21-10139-elf
              :

**ORDER**

**AND NOW**, upon consideration of the Debtor's Motion to Sell Real Property, and upon notice to all interested parties and any response thereto, and after a hearing before the Court and for good cause shown, it is hereby

**ORDERED,** that debtor is granted permission to sell his real property known as 396 East Anglesey Terrace, West Chester, PA 19380 (" Real Property") to Zhanling Wang ("Buyer") for $237,000.00.  The sale of the Real Property is conditional upon payment of $12,000.00 to William C. Miller, Chapter 13 Trustee at settlement by the title clerk and upon payment of all liens upon the Real Property, including but not limited to mortgagee Wilmington Savings Fund Society, FSB.

The proceeds of the sale, including any funds held as a deposit made by or on behalf of the Buyers, shall be distributed in the following manner and in the approximate amounts:

|  | $237,000.00 |
|---|---|
| Wilmington Savings Fund Society, FSB * <br> * the lien shall be paid in full and will vary accordingly on actual settlement date. | $ 145,000.00 |
| Estimated Closing Costs | $     195.00 |
| Pennsylvania Real Estate Transfer Tax of 1.0% | $   2,370.00 |
| Kevin Houghton (Agent of Debtor) and his brokerage | $   6,100.00 |
| Branka Saula (Agent of Buyer) | $   5,925.00 |
| County of Chester | $     428.65 |
| Indian King Residents' Association | $   2,338.16 |
| Keystone Collections Group | $      75.48 |
| West Whiteland Township (sewer and trash) | $     639.00 |

1

| | |
|---|---|
| Portnoff Law Associates | $ 1,020.00 |
| Estimated Payment to Chapter 13 Trustee | $ 12,000.00 |
| Estimated Payment to Debtor Alejandro Franco Tovar | $ 60,908.71 |
| Total: | $237,000.00 |

This Order permitting sale of the Real Property shall be effective and enforceable immediately upon entry and Debtor Alejandro Franco Tovar and Buyer are authorized to close the Sale immediately upon entry of this Sale Order. The stay required under Bankruptcy Rule 6004(h) is hereby waived.

The title clerk shall fax a settlement statement from the closing directly to William C. Miller, Chapter 13 Trustee upon the close of the settlement of the Real Property to (215) 627-6299, and the Trustee shall promptly notify the title company of any objection to the sums to be disbursed. The title clerk shall immediately transmit the actual disbursement check to the Trustee by overnight courier.

In the event the case is converted to Chapter 7, any funds remaining in the possession of the standing Chapter 13 trustee derived from the sale of the Real Property shall be transferred to the appointed Chapter 7 trustee.

Date: 2/12/21

_____
ERIC L. FRANK
U.S. BANKRUPTCY JUDGE

2