UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

**IN RE:**                       **CASE NO.: 21-10139-elf**
                     **CHAPTER 13**

**Alejandro Franco Tovar,**
   **Debtor.**

_____

### NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

**PLEASE TAKE NOTICE THAT** the undersigned hereby appears on behalf of NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING ("Secured Creditor"). Pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned requests all notices given or required to be given and all papers required to be served in this case to creditors, any creditors committees, and any other parties-in-interest, be sent to and served upon the undersigned and the following be added to the Court's Master Mailing List:

                         **Robertson, Anschutz, Schneid, Crane & Partners, PLLC**
                         Authorized Agent for Secured Creditor
                         130 Clinton Rd #202
                         Fairfield, NJ 07004
                         Telephone: 470-321-7112

                         By: /s/Charles Wohlrab
                             Charles Wohlrab, Esq.
                             Email: CWohlrab@raslg.com

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on February 24, 2021, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

ALEJANDRO FRANCO TOVAR
405 E. ANGLESEY TERRACE
WEST CHESTER, PA 19380

And via electronic mail to:

ROSS, QUINN & PLOPPERT, P.C.
192 S. HANOVER STREET SUITE 101
POTTSTOWN, PA 19464

WILLIAM C. MILLER, ESQ.
CHAPTER 13 TRUSTEE
P.O. BOX 1229
PHILADELPHIA, PA 19105

UNITED STATES TRUSTEE
OFFICE OF UNITED STATES TRUSTEE
200 CHESTNUT STREET
SUITE 502
PHILADELPHIA, PA 19106

By: /s/ Oyindamola Odulaja
Oyindamola Odulaja
Email: oodulaja@raslg.com