THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  Alejandro Franco Tovar,            :       Chapter 13
        Debtor                                    :       Bankruptcy No.: 21-10139-elf
                                                        :

## CERTIFICATE OF SERVICE

      I, Joseph Quinn, Esquire, attorney for Debtor hereby certify that a true and correct copy of the Debtor's First Amended Chapter 13 Plan dated and docketed March 15, 2021, was served on March 15, 2021, as follows:

*Via Electronic Filing (ECF) to the following parties:*

Rebecca Ann Solarz, Esquire on behalf of The Bank of New York Mellon, f/k/a The Bankof New York, successor in interest to JPMorgan Chase Bank, N.A. as Trustee for Structured Asset Mortgage Investments II Inc., Bear Stearns ALT-A Trust, Mortg
RSolarz@kmllawgroup.com; bkgroup@kmllawgroup.com

Charles Griffin Wohlrab, Esquire on behalf of NewRez LLC d/b/a Shellpoint Mortgage Servicing
cwohlrab@raslg.com

Charles Griffin Wohlrab, Esquire on behalf of Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust
cwohlrab@raslg.com

William C. Miller, Esq,. Chapter 13 Trustee
ecfemails@ph13trustee.com, philaecf@gmail.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

*Via first class mail, postage pre-paid to the following parties:*

John Lindenger, Innsolv. Manager
Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

**ROSS, QUINN & PLOPPERT, P.C.**

By: /s/ *Joseph Quinn*
Joseph Quinn, Esquire
Attorney I.D. No. 307467
192 S. Hanover Street, Suite 101
Pottstown, PA 19464
T: 610.323.5300
F: 610.323.6081
JQuinn@rqplaw.com

Date: March 15, 2021          Counsel for Debtor