IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Alejandro Franco Tovar fka Alejandro Franco<br>　　　　　　　　　　　Debtor(s) | CHAPTER 13 |
| Specialized Loan Servicing LLC as servicer for The Bank of New York Mellon, f/k/a The Bankof New York, successor in interest to JPMorgan Chase Bank, N.A. as Trustee for Structured Asset Mortgage Investments II Inc., Bear Stearns ALT-A Trust, Mortgage Pass-Through Certificates, Series 2005-4<br>　　　　　　　　　　　Movant<br>　　　vs. | NO. 21-10139 ELF |
| Alejandro Franco Tovar fka Alejandro Franco<br>　　　　　　　　　　　Debtor(s)<br>Sara J. Franco<br>　　　　　　　　　　　Co-Debtor | 11 U.S.C. Sections 362 and 1301 (c) |
| William C. Miller Esq.<br>　　　　　　　　　　　Trustee | |

**ORDER**

AND NOW, this  17th  day of   March  , 2021, upon failure of Debtor(s) and the Trustee to file and Answer or otherwise plead, it is:

**ORDERED** THAT: the Motion for Relief from the Automatic Stay is **GRANTED** and that the automatic stay under 11 U.S.C. Section 362 and the Co-Debtor Stay under Section 1301 (as applicable) of the Bankruptcy Code, are **MODIFIED** with respect to the subject premises located at 205 Larchwood Road, West Chester, PA 19382  ("Property), so as to allow Movant, its successors or assignees, to proceed with its rights and remedies under the terms of the subject Mortgage and pursue its *in rem* State Court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives including, but not limited to, a loan modification, short sale or deed-in-lieu of foreclosure. Additionally, any purchaser of the Property at Sheriff's Sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the Property.

ERIC L. FRANK
UNITED STATES BANKRUPTCY JUDGE