## UNITED STATES BANKRUPCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| In re:  Alejandro Franco Tovar, | | Chapter 13 |
|---|---|---|
| Debtor(s) | | BK No. 21-10139-elf |

### CERTIFICATE OF NO RESPONSE

The undersigned does hereby certify:

1. That I am the attorney for Debtor(s) in the above captioned matter.

2. That a copy of the Application for Compensation was filed with the Court on March 22, 2021 along with the Notice of Application and Response Deadline, and a Certificate of Service of the Application and Notice was filed verifying that the documents were timely served on March 22, 2021.

3. A response was due on or before April 12, 2021.

4. As of today, no response to said Application has been received.

Respectfully Submitted,

**ROSS, QUINN & PLOPPERT, P.C.**

By: */s/ Joseph L. Quinn*
Joseph L. Quinn, Esquire
Attorney for Debtor
Attorney I.D. No. 307467
Ross, Quinn & Ploppert, P.C.
192 S. Hanover Street, Suite 101
Pottstown, PA 19464
Ph: (610) 323-5300

Dated: April 13, 2021