United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 21-10139-elf |
| Alejandro Franco Tovar | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Apr 14, 2021 | Form ID: 155 | Total Noticed: 22 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 16, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Alejandro Franco Tovar, 405 E. Anglesey Terrace, West Chester, PA 19380-2129 |
| 14577523 | + | Berkheimer Tax Administrator, 50 N. 7th Street, Bangor, PA 18013-1731 |
| 14577524 | | Branch B&t, Credit Card Disputes, Wilson, NC 27894 |
| 14577525 | | Ditech, PO Box 6172, Rapid City, SD 57709-6172 |
| 14577527 | + | New Res-shellpoint Mtg, 55 Beattie Place, Greenville, SC 29601-2165 |
| 14585451 | + | New Rez/ DBA Shellpoint, C/O CHARLES GRIFFIN WOHLRAB, Robertson, Anschutz, Schneid, Crane & Pa, 10700 Abbott's Bridge Road, Ste. 170, Duluth, GA 30097-8461 |
| 14585323 | + | NewRez LLC, 130 Clinton Rd #202, Fairfield, NJ 07004-2927 |
| 14584857 | + | NewRez LLC d/b/a Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville SC 29603-0826 |
| 14585161 | + | Newrez LLCD/B/A Shellpoint Mortgage Service, C/O CHARLES GRIFFIN WOHLRAB, Robertson, Anschutz, Schneid, Crane & Pa, 10700 Abbott's Bridge Road, Ste. 170, Duluth, GA 30097-8461 |
| 14577528 | + | Portnoff Law Associates, LTD, 2700 Horizon Drive, Suite 100, King of Prussia, PA 19406-2726 |
| 14592313 | + | Ross, Quinn & Ploppert, P.C., 192 S Hanover Street, Suite 101, Pottstown, PA 19464-6096 |
| 14577529 | + | Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Littleton, CO 80129-2386 |
| 14581992 | + | The Bank of New York Mellon, C/O REBECCA ANN SOLARZ, KML Law Group, P.C., 701 Market Street, Ste. 5000, Philadelphia, PA 19106-1541 |
| 14579630 | + | The Bank of New York Mellon Trustee (See 410), c/o Specialized Loan Servicing LLC, 6200 S. Quebec St., Greenwood Village, Colorado 80111-4720 |
| 14581939 | + | The Bank of New York Mellon, f/k/a The Bankof New, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14577531 | + | West Whiteland Township c/o Portnoff (4), PO Box 492, Exton, PA 19341-0492 |
| 14583548 | + | Wilmington Savings Fund Society, 130 Clinton Road, Suite 202, Fairfield NJ 07004-2927 |
| 14577533 | | Wilmington Savings Fund Society c/o 9, Customer Service, PO Box 5170, Simi Valley, CA 93062-5170 |
| 14583674 | + | Wilmington Savings Fund Society,, C/O CHARLES GRIFFIN WOHLRAB, Robertson, Anschutz, Schneid, Crane & Pa, 10700 Abbott's Bridge Road, Ste. 170, Duluth, GA 30097-8461 |

TOTAL: 19

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14590323 | + | Email/Text: bankruptcy@bbandt.com | Apr 15 2021 04:08:00 | BB&T now Truist, Bankruptcy Section, 100-50-01-51, P.O. Box 1847, Wilson, NC 27894-1847 |
| 14577526 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Apr 15 2021 04:08:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 14577530 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 15 2021 03:47:26 | Thd/cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |

TOTAL: 3

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14577532 | | West Whiteland Township c/o Portnoff (5) |
| 14585324 | *+ | NewRez LLC, 130 Clinton Rd #202, Fairfield, NJ 07004-2927 |

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Apr 14, 2021 | Form ID: 155 | Total Noticed: 22 |

TOTAL: 1 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 16, 2021                    Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 14, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| CHARLES GRIFFIN WOHLRAB | on behalf of Creditor Robertson  Anschutz, Schneid, Crane & Partners, PLLC cwohlrab@raslg.com |
| CHARLES GRIFFIN WOHLRAB | on behalf of Creditor NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING cwohlrab@raslg.com |
| CHARLES GRIFFIN WOHLRAB | on behalf of Creditor Wilmington Savings Fund Society  FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust cwohlrab@raslg.com |
| CHARLES GRIFFIN WOHLRAB | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing cwohlrab@raslg.com |
| CHARLES GRIFFIN WOHLRAB | on behalf of Creditor Wilmington Savings Fund Society cwohlrab@raslg.com |
| JOSEPH L QUINN | on behalf of Debtor Alejandro Franco Tovar CourtNotices@rqplaw.com |
| REBECCA ANN SOLARZ | on behalf of Creditor The Bank of New York Mellon  f/k/a The Bankof New York, successor in interest to JPMorgan Chase Bank, N.A. as Trustee for Structured Asset Mortgage Investments II Inc., Bear Stearns ALT-A Trust, Mortg bkgroup@kmllawgroup.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| WILLIAM C. MILLER, Esq. | on behalf of Trustee WILLIAM C. MILLER  Esq. ecfemails@ph13trustee.com, philaecf@gmail.com |
| WILLIAM C. MILLER, Esq. | ecfemails@ph13trustee.com  philaecf@gmail.com |

TOTAL: 10

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: Alejandro Franco Tovar
    Debtor(s)

Chapter: 13

Bankruptcy No: 21−10139−elf

___

### ORDER CONFIRMING PLAN UNDER CHAPTER 13

AND NOW, this April 14, 2021 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

   A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

   B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

   C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

Eric L. Frank
Judge ,
United States Bankruptcy Court

49 − 14
Form 155